IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-199-FL-6
NO. 7:25-CV-1604-FL

| | | |
|---|---|---|
| JESUS CALDERON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motions to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (DE 613) and to proceed in forma pauperis with respect to same (DE 616). Also pending is respondent's motion to dismiss (DE 620). The issues raised are ripe for ruling.

Petitioner fails to offer any grounds for vacating his sentence. As a result, petitioner has not shown that he is in custody in violation of federal law. To the extent petitioner is seeking compassionate release, he fails to show extraordinary and compelling reasons for a sentence reduction. See 18 U.S.C. § 3582(c)(1)(A); U.S.S.G. § 1B1.10. Accordingly, respondent's motion to dismiss (DE 620) is GRANTED, and the motion to vacate (DE 613) is DENIED. Petitioner's motion to proceed in forma pauperis (DE 616) is DENIED as unnecessary, and a certificate of appealability is DENIED. The clerk is DIRECTED to close the companion civil action, No. 7:25-CV-1604-FL.

SO ORDERED, this the 16th day of March, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge

2